# AFFIDAVIT OF SERVICE

| Case:<br>CV 19-196-M-CLD | Court:<br>District | County:<br>United States | Job:<br>4073705 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Montana Association of Counties Property and Casualty Trust | | **Defendant / Respondent:**<br>Certain Underwriters at Lloyds | |
| **Received by:**<br>Williams Investigations | | **For:**<br>Urgin, Alexander, Zadick P.C | |
| **To be served upon:**<br>Corporate Service Company | | | |

I, Brian Mook, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct.

**Recipient Name / Address:**   Corporate Service Company , Company: 26 W 6th Ave, Helena, MT 59601
**Manner of Service:**   Registered Agent, Dec 13, 2019, 1:19 pm MST
**Documents:**   Summons, Complaint

**Additional Comments:**
1) Successful Attempt: Dec 13, 2019, 1:19 pm MST at Company: 26 W 6th Ave, Helena, MT 59601 received by Corporate Service Company . Other: Served Cindy Lease legal assistant ;

**Fees:**   $50.00

_____   12/18/2019
Brian Mook                  **Date**
8937

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-459-3126