IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ASSOCIATION OF COUNTIES PROPERTY AND CASUALTY TRUST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYDS,<br><br>　　　　　Defendant. | CV 19–196–M–DLC<br><br>ORDER *NUNC PRO TUNC* |

　　　The order docketed at Doc. 10 is WITHDRAWN and REPLACED as follows:

　　　Before the Court is the Unopposed Motion for Extension of Time filed by Plaintiff Montana Association of Counties Property and Casualty Trust.  Plaintiff seeks two additional weeks to respond to the Defendant's motion to compel arbitration.

　　　IT IS ORDERED that the motion (Doc. 9) is granted.  The Plaintiff shall file its response brief on or before May 5, 2020.

　　　DATED this 15th day of April, 2020.

　　　　　　　　　　　　　　　　　　／s／ Dana L. Christensen
　　　　　　　　　　　　　　　　　　Dana L. Christensen, District Judge
　　　　　　　　　　　　　　　　　　United States District Court