IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ASSOCIATION OF COUNTIES PROPERTY AND CASUALTY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS,<br><br>Defendant. | CV 19–196–M–DLC<br><br>ORDER |

The Defendant Certain Underwriters at Lloyds moves for the admission of Richard E. Zelonka to practice before this Court in this case with Katherine S. Huso of Matovich, Keller & Huso to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that the Defendant's motion to admit Richard E. Zelonka pro hac vice (Doc. 18) is GRANTED on the condition that Mr. Zelonka does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

-1-

system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Zelonka within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

Dated this 12th day of June, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court