Gary M. Zadick
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, Montana 59403
Telephone: (406) 771-0007
Facsimile: (406) 452-9360

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ASSOCIATION OF COUNTIES PROPERTY AND CASUALTY TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CERTAIN UNDERWRITERS AT LLOYDS and EVEREST NATIONAL INSURANCE COMPANY,<br><br>　　　　Defendants. | Cause No. CV-19-196-DLC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff Montana Association of Counties Property and Casualty Trust pursuant to Federal Rule of Civil Procedure 41(a) and gives notice of dismissal of Everest National Insurance Company without prejudice. Everest National Insurance Company has not been served nor appeared in this action and Plaintiff has not previously dismissed any federal or state court action based on or

including the same claim.

DATED this 24th day of February, 2021.

UGRIN ALEXANDER ZADICK, P.C.

By: /s/Gary M. Zadick
Gary M. Zadick
James R. Zadick
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, Montana  59403
*Attorneys for Plaintiff*