IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONTANA ASSOCIATION OF COUNTIES PROPERTY AND CASUALTY TRUST,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CERTAIN UNDERWRITERS AT LLOYDS,<br><br>　　　　Defendant. | CV 19–196–M–DLC<br><br><br>ORDER |

　　　Before the Court is the parties' Joint Status Report. (Doc. 52.) The status report was filed in response to this Court's order dated March 1, 2023, requesting an update on the status of this matter. (Doc. 51.) The parties report that an arbitration award has been issued and there will be no further proceedings. (Doc. 52 at 1.) The status report also states that the matter may be dismissed with prejudice. (*Id.* at 2.)

　　　Accordingly, IT IS ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

　　　DATED this 16th day of March, 2023.

1

_____
Dana L. Christensen, District Judge
United States District Court